```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 07776
   CLEOTA PORTER
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
     SSN XXX-XX-3999

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 04/30/2007 and was not confirmed.

     The case was dismissed without confirmation 12/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                           PAID            PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL      CURRENT MORTG        .00           .00             .00
HOMECOMINGS FINANCIAL      MORTGAGE ARRE        .00           .00             .00
CAPITAL ONE                UNSEC W/INTER    1534.24           .00             .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER     366.74           .00             .00
PEOPLES GAS LIGHT & COKE   FILED LATE       9206.17           .00             .00
VERONICA D JOYNER          DEBTOR ATTY         .00                            .00
TOM VAUGHN                 TRUSTEE                                            .00
DEBTOR REFUND              REFUND                                        5,180.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE           5,180.00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                              5,180.00
                  ---------------         ---------------
TOTALS            5,180.00                 5,180.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
     Dated: 03/27/08            _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```